**WALTER DENSON, ACTING CITY ATTORNEY**
**CITY OF TRENTON, LAW DEPARTMENT**
**319 EAST STATE STREET**
**TRENTON, NEW JERSEY 08608-1865**
**(609) 989-3011**
**Attorneys for Defendant Jason Astbury, improperly**
**pled as Jason Asterbury**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2012 AUG 27  AM 10 31

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TIMOTHY J. MILLER, | Civil Action No. 08-3092 (AET-TJB) |
| Plaintiff, | |
| v. | |
| TRENTON POLICE TAC TEAM MEMBERS RYAN WOODHEAD, PETER GREHAN, TARA STEFANO, JASON ASTERBURY, BRIAN SUSCHKE and NELSON CARTAGENA, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

THIS STIPULATION having been agreed to by the undersigned counsels, it is hereby stipulated that all claims and crossclaims against the defendants, Trenton Police Tac Team, Jason Asterbury, Detective Tara Stefano, Sergeant Brian Suschke, Officer Ryan Woodhead in the above-captioned case are dismissed with prejudice and without the assessment of costs.

TIMOTHY J. MILLER
Pro Se

LAW DEPARTMENT-CITY OF TRENTON
Attorney for City of Trenton

By: _____
Timothy J. Miller

By: _____
Peter J. Cohen, Assistant City Attorney

AKIN & ASSOCIATES
Attorneys for Detective Tara Stefano
and Acting/Sergeant Nelson Cartegna

By: _____
     Wanda M. Akins, Esq.

ZARWIN BAUM DEVITO KAPLAN SCHAER
Attorneys for Officer Ryan Woodhead

By: _____
     Sharlenn E. Pratt, Esq.

JOHN MORELLI, ATTORNEY AT LAW
Attorneys for Sergeant Brian Suschke

By: _____
     John Morelli, Esq.