**COURTESY COPY**

AET

WALTER DENSON, ACTING CITY ATTORNEY
CITY OF TRENTON, LAW DEPARTMENT
319 EAST STATE STREET
TRENTON, NEW JERSEY 08608-1865
(609) 989-3011
Attorneys for Defendant Jason Astbury, improperly pled as Jason Asterbury

RECEIVED
AUG 2 8 2012
Chambers of
Anne E. Thompson, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMOTHY J. MILLER, | Civil Action No. 08-3092 (AET-TJB) |
| Plaintiff, | |
| v. | |
| TRENTON POLICE TAC TEAM MEMBERS RYAN WOODHEAD, PETER GREHAN, TARA STEFANO, JASON ASTERBURY, BRIAN SUSCHKE and NELSON CARTAGENA, | STIPULATION OF DISMISSAL |
| Defendants. | |

THIS STIPULATION having been agreed to by the undersigned counsels, it is hereby stipulated that all claims and crossclaims against the defendants, Trenton Police Tac Team, Jason Asterbury, Detective Tara Stefano, Sergeant Brian Suschke, Officer Ryan Woodhead in the above-captioned case are dismissed with prejudice and without the assessment of costs.

TIMOTHY J. MILLER
Pro Se

By: *[signature]*
Timothy J. Miller

LAW DEPARTMENT-CITY OF TRENTON
Attorney for City of Trenton

By: *[signature]*
Peter J. Cohen, Assistant City Attorney

AKIN & ASSOCIATES
Attorneys for Detective Tara Stefano
and Acting/Sergeant Nelson Cartegna

By: _____
      Wanda M. Akins, Esq.

ZARWIN BAUM DEVITO KAPLAN SCHAER
Attorneys for Officer Ryan Woodhead

By: _____
      Sharlenn E. Pratt, Esq.

JOHN MORELLI, ATTORNEY AT LAW
Attorneys for Sergeant Brian Suschke

By: _____
      John Morelli, Esq.

*So Ordered*

*Anne E. Thompson*
USDJ
9/7/12

2